

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

50 Main Street, Suite 1100
White Plains, New York 10606

March 22, 2024

> Request granted.  The time between now and April 8, 2024 is hereby excluded under the Speedy Trial Act in the interests of justice.  The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial for the reasons set forth by the Government.
>
> SO ORDERED.
>
> *Cathy Seibel*  03/22/24
> CATHY SEIBEL, U.S.D.J.

**BY ECF and EMAIL**

The Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States</u> v. <u>Andre Gaillard</u>, 24 Cr. 005 (CS)

Dear Judge Seibel:

    At the January 23, 2024, pretrial conference concerning defendant Andre Gaillard in the above-referenced matter, Your Honor excluded time under the Speedy Trial Act until April 2, 2024—the date of the then-scheduled subsequent pretrial conference.  *See* Jan. 23, 2024 Minute Entry; 18 U.S.C. § 3161(h)(7)(A).  Specifically, Your Honor held that the exclusion of time would serve the ends of justice, as it will allow the parties to review discovery, figure out next steps, and discuss a potential resolution of this case without the need for a trial.

    Yesterday, the next pretrial conference was rescheduled from April 2, 2024, at 2:30 p.m. to April 8, 2024, at 2:30 p.m.  The Government respectfully requests that the Court exclude time under the Speedy Trial Act from April 2, 2024 to April 8, 2024, for the same reasons the previous exclusion of time was granted.  The defense consents to excluding time through April 8, 2024.

    Thank you for your time and attention to this matter.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By:    */s/ Kingdar Prussien*
        Kingdar Prussien
        Assistant United States Attorney
        (914) 993-1927

cc:  Peggy Cross-Goldenberg, Esq.