# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2024

**BY ECF and EMAIL**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Conference adjourned to 6/3/24 at 2:15 pm. The time between now and then is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will permit continuity of counsel.*

SO ORDERED.

/s/ Cathy Seibel    5/17/24
CATHY SEIBEL, U.S.D.J.

Re: **United States v. Andre Gaillard**
    **24 Cr. 005 (CS)**

Dear Judge Seibel,

I write to request a brief adjournment of the next conference in the above-referenced case. I have tested positive for COVID and am not sure whether I will be able to appear in Court as scheduled on Monday.

The parties are available to appear at 2:15 on Monday, June 3. If the Court is available at that time, I respectfully request that the Court adjourn the next conference to that time.

The government requests that the time from May 20 to the adjourn date be excluded from any Speedy Trial Act time calculations. On behalf of Mr. Gaillard, I consent to that exclusion.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Peggy Cross-Goldenberg
Peggy Cross-Goldenberg
Supervising Trial Attorney
Federal Defenders of New York
(212) 417-8732

cc:   AUSA Kingdar Prussien (via email)